IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| DEVORIS NEWSON, <br> Plaintiff, | § <br> § <br> § <br> § <br> § <br> § <br> § | <br> <br> <br> EP-24-CV-107-DB |
| DENNIS H. NEWSON, *et al.*, <br> Defendants. | | |

## FINAL JUDGMENT

In accordance with the Dismissal Order signed on this date, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Devoris Newson's application to proceed without prepaying costs or fees (ECF No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that Devoris Newson's Complaint (ECF No. 1-1) is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with a court order.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** as moot.

**IT IS FURTHER ORDERED** that the District Clerk shall **CLOSE** this case.

SIGNED this _6th_ day of December 2024.

_____
DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE